UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

NATURE'S SOURCE, LLC,

        Plaintiff,

    v.

AMAZON.COM, INC.,

        Defendant.

_____

Underlying Case: *Eternity Mart, Inc., d/b/a Great Deals of Texas v. Nature's Source, LLC*, Case No. C19-2436 (N.D. Ill.).

No. MC20-0002RSL

ORDER

    This matter comes before the Court on a motion to compel third-party Amazon.com, Inc., to produce documents for use in a litigation currently pending in the United States District Court for the Northern District of Illinois. Dkt. # 1. Amazon.com, Inc., has opposed the requested relief. In light of the contested nature of this proceeding, the Clerk of Court is directed to assign a civil action number.

    Dated this 12th day of February, 2020.

*[signature]*
Robert S. Lasnik
United States District Judge

ORDER - 1